Same case below, 340 Fed. Appx. 948.

**No. 09-8811. Carlos David Martinez, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1726, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1923.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 349 Fed. Appx. 199.

**No. 09-8813. James T. King, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1726, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1972.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 350 Fed. Appx. 74.

**No. 09-8814. Jessie Monghan, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1726, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1939.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 356 Fed. Appx. 831.

**No. 09-8816. Jonathan Jimenez, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1726, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1990.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 503.

**No. 09-8818. Joaquin Mario Valencia-Trujillo, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1726, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1936.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 573 F.3d 1171.

**No. 09-8819. Shannon Andre Peters, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1727, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1977.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 339 Fed. Appx. 278.

**No. 09-8820. Gokgok Puok, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1727, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1917.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 337 Fed. Appx. 604.

**No. 09-8821. Arthur Ishkhanian, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1727, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1947.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 741.

**No. 09-8828. Steven Orville Cupp, Petitioner v. United States.**

559 U.S. 987, 130 S. Ct. 1727, 176 L. Ed. 2d 205, 2010 U.S. LEXIS 1913.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 252.